IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG 24  AM 10: 54

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTOR ALVARADO SANCHEZ, )<br>)<br>Defendant. ) | Case No. 4:06MJ 3036 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Continue Preliminary Hearing and Order under seal.

DATED this ____ day of August, 2006.

BY THE COURT:

_____
The Honorable David L. Piester
United States Magistrate Judge