IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3120 |
| V. | ) | |
| | ) | |
| VICTOR MANUEL ALVARADO SANCHEZ, BENJAMIN PELAYO-PELAYO, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

I have been advised that Victor Manuel Alvarado Sanchez and Benjamin Pelayo-Palayo have absconded and their lawyers do not know where they are. This matter is set for trial on October 30, 2006. Another case is set for trial that same date. To make it easier on the defense lawyers in this case,

IT IS ORDERED that:

(1) I will call this case for trial on Monday, October 30, 2006, at 9:30 a.m. at which time government's counsel shall be present. If the defendants do not appear, I shall issue bench warrants on motion of the government. If the defendants show up, I will order them placed in custody and continue this matter until I can confer with the lawyers. Defense counsel are excused from attending this proceeding.

(2) Except to the extent provided in the foregoing paragraph, this case is removed from the trial docket because the defendants have absconded.

October 24, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge